IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>PRINCE S. BEAL,<br><br>              Defendant. | 4:16CR3075<br><br>**ORDER** |

     IT IS ORDERED that Defendant's unopposed Motion for Leave to File Pretrial Motions Out-of-Time, (Filing No. 28), is granted, and

1) An evidentiary hearing on Defendant's motion to suppress, (Filing No. 29) will be held before the undersigned magistrate judge on December 13, 2016, at 1:30 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Three hours have been set aside for this hearing.

2) Defendant, defense counsel, and counsel for the government shall be present at this hearing.

3) Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

4) Trial of this case is continued pending the resolution of pretrial motions.

November 10, 2016

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge