IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:16-CR-3075 |
| vs. | MEMORANDUM AND ORDER |
| PRINCE S. BEAL, | |
| Defendant. | |

This matter is before the Court on the defendant's objection (filing 44) to the Magistrate Judge's Findings, Recommendation, and Order (filing 42) recommending that the defendant's Motion to Suppress (filing 29) be denied. The Court has conducted a de novo review of the motion to dismiss, pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation, and will adopt them.

IT IS ORDERED:

1. The Magistrate Judge's Findings, Recommendation, and Order (filing 42) are adopted.

2. The defendant's objection (filing 44) is overruled.

3. The defendant's Motion to Suppress (filing 29) is denied.

Dated this 6th day of January, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge